**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHILLIP DEITRICH, )<br>　　　　　Plaintiff, )<br>　　　v. )<br>CARL DANBERG, in his individual )<br>capacity, and JANET DURKEE, in )<br>her individual capacity, )<br>　　　　　Defendants. ) | C.A. No. 14-773-LPS |

## JOINT STATUS REPORT

The parties submit this Joint Status Report pursuant to the Court's December 1, 2017 Oral Order:

1. This matter involves, among other things, a claim that due process rights of Phillip Deitrich ("Deitrich"), a former Delaware Department of Correction employee, were violated when Deitrich's access to the Delaware Criminal Justice Information System ("DELJIS") was permanently revoked and his employment with DOC terminated.

2. Plaintiff sued DELJIS board members and a DELJIS investigator. Those defendants, the "DELJIS Defendants," are Peggy Bell, Earl McCloskey, Michael McDonald, Matthew Jamison, and Ray Sammons. Plaintiff also named the Honorable Carl C. Danberg, the DOC Commissioner at the time, and Janet Durkee (the "DOC Defendants"). (D.I. 1).

3. On July 22, 2014, the Defendants filed a motion to dismiss for failure to state a claim and lack of subject matter jurisdiction. (D.I. 5).

4. On August 15, 2014, the parties filed a joint stipulation for stay of proceedings. The parties sought a stay so that DELJIS could provide Deitrich with a re-hearing on the revocation of his DELJIS access. (D.I. 6).

5. On August 18, 2014, the Court So Ordered the stipulation staying the proceeding.

6. On October 27, 2014, Plaintiff appeared before DELJIS for a re-hearing.

7. On September 10, 2015, the Court issued an Order denying the motion to dismiss without prejudice to renew given the stay in the case. (D.I. 8).

8. On September 25, 2015, the Court approved a stipulation: (1) lifting the stay; (2) permitting DOC Defendants to renew their motion to dismiss; and (3) dismissing DELJIS Defendants. (*See* D.I. 10).

9. On October 30, 2015, DOC Defendants renewed their motion to dismiss and filed an opening brief. (D.I. 11, 12). Plaintiff filed an answering brief (D.I. 13, 14), and DOC Defendants replied on December 15, 2015. (D.I. 15).

10. On April 29, 2016, Plaintiff's counsel substituted his appearance for Plaintiff's previous counsel.

11. DOC Defendants' pending motion to dismiss, if granted, would dispose of all remaining claims in the case.

**OFFIT KURMAN, P.A.**

/s/ G. Kevin Fasic
G. Kevin Fasic (#3496)
1201 N. Orange Street, Suite 10 East
Wilmington, DE 19801
(302) 351-0901
kfasic@offitkurman.com

*Attorney for Plaintiff*

Date: December 8, 2017

**STATE OF DELAWARE DEPARTMENT OF JUSTICE**

/s/ Joseph C. Handlon
Joseph C. Handlon (#3952)
Lisa M. Morris (#5276)
Deputy Attorneys General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
joseph.handlon@state.de.us

*Attorneys for DOC Defendants*